BROTHERHOOD OF LOCOMOTIVE ENGINEERS, Brotherhood of Locomotive Firemen and Enginemen, and Switchmen's Union of North America, Appellants, v. UNITED STATES of America, Appellee.

Nos. 9892, 9924.

United States Court of Appeals
District of Columbia Circuit.

Argued April 14, 1949.

Decided April 25, 1949.

UNITED STATES of America on Relation of Joseph Hunter ROSS, Sr., appellant, v. The PENNSYLVANIA RAILROAD COMPANY, a corporation, The Baltimore & Ohio Railroad Company, a corporation, and Southern Railway Company, a corporation, appellees.

No. 9885.

United States Court of Appeals.
District of Columbia Circuit.

Argued April 19, 1949.

Decided April 27, 1949.

Mr. Malcolm D. Miller, of Washington, D. C., for appellant.

Mr. James J. Laughlin, of Washington, D. C., was on the brief for appellant.

Mr. Hugh B. Cox, of Washington, D. C., for appellee The Pennsylvania R. Co.

Mr. Stephen Ailes, of Washington, D. C., for appellee The Baltimore & O. R. Co., with whom Messrs. Robert C. Barnard, of Washington, D. C., for appellee The Pennsylvania R. Co., and George E. Hamilton, Jr., William B. Jones and Charles M. Little, all of Washington, D. C., for appellee Southern R. Co. were on the brief.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.